DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**7058 AYSHIRE LANE, LLC,**
Appellant,

v.

**JAMES GRODD** and **DEBRA ROBERTS,**
Appellees.

No. 4D20-2262

[August 12, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502018CA003108(MB).

William S. Treco of Tepps Treco, Plantation, for appellant.

Bruce E. Loren and Kyle W. Ohlenschlaeger of Loren and Kean Law, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***